UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

08 CR 574
JUDGE KENNELLY

MAGISTRATE JUDGE ASHMAN

| Prob 22 (3/03) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) CR-06-00188-01-L |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: James Dandridge | DISTRICT Western District of Oklahoma | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Tim Leonard, Senior United States District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM 04/03/2008 | TO 04/02/2010 |

Offense:
Conspiracy to commit offense to defraud the United States

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the United States District Court for the Western District of Oklahoma to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-30-08
Date

*signature*
Tim Leonard
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 1 7 2008
Date

*signature*
James F. Holderman
United States District Judge

FILED
JUL 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT