

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

July 28, 2008

Western District of Oklahoma
Mr. Robert D. Dennis, Clerk
United States District Court
1210 United States Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102

**FILED**
8-18-08
AUG 1 8 2008
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Dear Clerk:

**Re: CR-06-00188-01-L    USA v. James Dandridge    Judge Tim Leonard**

Our Case Number:  08 CR 574   -  Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Marsha E. Glenn
Deputy Clerk

Enclosure

**RECEIVED**

AUG - 1 2008

ROBERT D. DENNIS
CLERK, U.S. DISTRICT COURT
BY_____
DEPUTY

**08 CR 574**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**

UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Prob 22
(3/03)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran Court) |
|---|
| CR-06-00188-01-L |

| DOCKET NUMBER (Rec Court) |
|---|
| CR-08-574 |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| James Dandridge | Western District of Oklahoma | United States Probation Office |

| NAME OF SENTENCING JUDGE |
|---|
| Tim Leonard, Senior United States District Judge |

| DATES OF PROB/TSR RELEASE | FROM 04/03/2008 | TO 04/02/2010 |
|---|---|---|

the United States

## PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the United States District Court for the Western District of Oklahoma to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-30-08
Date

/s/ Tim Leonard
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this

JUL 1 7 2008
Date

/s/ James F. Holderman
United States District Judge

ATTEST: A true copy of the original
Robert D. Dennis, Clerk
By: /s/ Deputy

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY /s/ DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JUL 2 8 2008

**FILED**
AUG - 1 2008
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

CLOSED, _CS

# U.S. District Court
## Western District of Oklahoma[LIVE] (Oklahoma City)
## CRIMINAL DOCKET FOR CASE #: 5:06-cr-00188-L-1
### Internal Use Only

| | |
|---|---|
| Case title: United States of America v. Dandridge | Date Filed: 08/09/2006<br>Date Terminated: 01/17/2007 |

Assigned to: Honorable Tim Leonard

### Defendant (1)

| | | |
|---|---|---|
| **James Dandridge**<br>*TERMINATED: 01/17/2007* | represented by | **Edmond F Geary, Jr**<br>5601 NW 72nd St<br>Suite 178 M<br>Oklahoma City, OK 73132<br>405-728-8223<br>Email: edmondgeary@sbcglobal.net<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 CONSPIRACY TO COMMIT OFFENSE OR TO DEFRAUD THE UNITED STATES<br>(1) | Dft sentenced to custody of the Bureau of Prisons for a term of 15 months; Supervised Release for 2 years; S/A fee $100.00 due immediately; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | ATTEST: A true copy of the original<br>Robert D. Dennis, Clerk<br>By: *[signature]*<br>Deputy |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

- **Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **David L Walling**<br>US Attorney's Office-OKC<br>210 W Park Ave<br>Suite 400<br>Oklahoma City, OK 73102<br>405-553-8700<br>Fax: 405-553-8888<br>Email: Dave.Walling@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott E Williams**<br>US Attorney's Office-OKC<br>210 W Park Ave<br>Suite 400<br>Oklahoma City, OK 73102<br>405-553-8700<br>Fax: 405-553-8888<br>Email: scott.e.williams@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2006 | 1 | INFORMATION as to James Dandridge (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet) (hm, ) (Entered: 08/10/2006) |
| 08/09/2006 | 2 | MEMORANDUM Regarding Related Cases CR-05-182-L by United States of America (hm, ) (Entered: 08/10/2006) |
| 08/11/2006 | 3 | ORDER REASSIGNING CASE. Case reassigned to Judge Tim Leonard for all further proceedings. . By direction of Judge Robin J. Cauthron on 8/11/06. (lg, ) (Entered: 08/11/2006) |
| 08/11/2006 | 4 | ENTRY OF ATTORNEY APPEARANCE David L Walling appearing for USA. (Walling, David) (Entered: 08/11/2006) |
| 08/11/2006 | 5 | ENTRY OF ATTORNEY APPEARANCE Scott E Williams appearing for USA. (Williams, Scott) (Entered: 08/11/2006) |
| 08/18/2006 | 6 | ENTERORDER as to James Dandridge. Waive and File Hearing set for 8/31/2006 10:00 AM in Courtroom #503 before Honorable Tim Leonard. Signed by Courtroom Deputy at direction of Judge Tim Leonard on 08/18/06. (jy, ) (Entered: 08/18/2006) |
| 08/30/2006 | 7 | ENTRY OF ATTORNEY APPEARANCE: Edmond F Geary, Jr appearing for James Dandridge (Geary, Edmond) (Entered: 08/30/2006) |
| 08/30/2006 | 8 | ENTER ORDER as to James Dandridge. Waive and File Hearing set for 8/31/06 10:00 AM is RESCHEDULED for 9/27/2006 09:30 AM in Courtroom #503 before Honorable Tim Leonard. Signed by Courtroom Deputy at direction of Judge Tim Leonard on 08/30/06. (jy, ) (Entered: |

| | | 08/30/2006) |
|---|---|---|
| 09/27/2006 | 9 | MINUTE ENTRY for proceedings held before Judge Tim Leonard :Waive and File Hearing as to James Dandridge held on 9/27/2006, Plea entered by James Dandridge (1) Guilty Count 1. Sentencing will be scheduled upon completion and review of the presentence report. (Court Reporter Greg Bloxom.) (jy, ) (Entered: 09/27/2006) |
| 09/27/2006 | 10 | PETITION To Enter a Plea of Guilty by Defendant James Dandridge (jy, ) (Entered: 09/27/2006) |
| 09/27/2006 | 11 | PLEA AGREEMENT as to James Dandridge (jy, ) (Entered: 09/27/2006) |
| 09/27/2006 | 12 | WAIVER OF INDICTMENT by James Dandridge (jy, ) (Entered: 09/27/2006) |
| 09/27/2006 | 13 | WAIVER of Jury Trial by James Dandridge (jy, ) (Entered: 09/27/2006) |
| 09/27/2006 | 14 | ORDER Setting Conditions of Release as to James Dandridge (1) Personal Recognizance with conditions per release order.. Signed by Judge Robert Bacharach on 09/27/06. (bf, ) (Entered: 10/02/2006) |
| 11/17/2006 | 15 | NOTICE OF DISCLOSURE OF PRESENTENCE REPORT as to James Dandridge by A. John Norberto, USPO; December 1, 2006 is the final date to submit written objections (Epperson, Jacinta) (Entered: 11/17/2006) |
| 11/30/2006 | 16 | NOTICE of Change of Address by Edmond F Geary, Jr (Geary, Edmond) (Entered: 11/30/2006) |
| 12/19/2006 | 17 | ENTER ORDER as to James Dandridge. Sentencing set for 1/12/2007 10:30 AM in Courtroom #503 before Honorable Tim Leonard. Signed by Judge Tim Leonard on 12/19/06. (jy, ) (Entered: 12/19/2006) |
| 01/11/2007 | 18 | MOTION for Acceptance of Responsibility Downward Adjustment by United States of America as to James Dandridge. (Williams, Scott) (Entered: 01/11/2007) |
| 01/12/2007 | 19 | MINUTE ENTRY for proceedings held before Judge Tim Leonard :Sentencing held on 1/12/2007 for James Dandridge (1), Count(s) 1, Dft sentenced to custody of the Bureau of Prisons for a term of 15 months; Supervised Release for 2 years; S/A fee $100.00 due immediately; Execution of sentence stayed until 12:00 noon on Monday, February 26, 2007 at which time dft's court appearance bond will be exonerated; Dft to remain on present bond until he reports to designated prison. (Court Reporter Greg Bloxom.) (hm, ) (Entered: 01/17/2007) |
| 01/17/2007 | 20 | JUDGMENT & Commitment as to James Dandridge (1), Count(s) 1, Dft sentenced to custody of the Bureau of Prisons for a term of 15 months; Supervised Release for 2 years; S/A fee $100.00 due immediately;. Signed by Judge Tim Leonard on 1/17/07. (hm, ) (Entered: 01/17/2007) |
| 02/26/2007 | 21 | ORDER as to James Dandridge granting an extension of time to report to the designated facility to 12:00 noon on Monday, March 5, 2007. Signed by Judge Tim Leonard on 02/26/07. (jy, ) (Entered: 02/26/2007) |

| | | |
|---|---|---|
| 03/14/2007 | 22 | Judgment Returned Executed as to James Dandridge on 3/5/07, defendant delivered to FPC Oxford, WI. (hm, ) (Entered: 03/14/2007) |
| 03/21/2007 | 23 | CJA 20 as to James Dandridge: Authorization to Pay Edmond Geary. Voucher # 070319000235.. Signed by Judge Tim Leonard on 03/14/07. (bf, ) (Entered: 03/21/2007) |
| 08/01/2008 | 24 | Probation Jurisdiction Transferred from Honorable Honorable Tim Leonard to Northern District of Illinois as to James Dandridge. Transmitted Transfer of Jurisdiction form, with certified copies of Information, J&C and Docket Sheet. (hm, ) (Entered: 08/04/2008) |

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

AUG - 9 2006

ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN D. OKLA.
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) CR No. 06-188C |
| JAMES DANDRIDGE, | ) |
| Defendant. | ) Violation: 18 U.S.C. § 371 |

### I N F O R M A T I O N

The United States Attorney charges:

At all times relevant to this Information,

1. Defendant **JAMES DANDRIDGE (DANDRIDGE)** was a member of the United States Army, an agency or department of the United States.

2. **DANDRIDGE** was a public official as defined in 18 U.S.C. § 201(a)(1).

### The Conspiracy

3. From on or about December 18, 2003, and continuing through on or about March 30, 2004, in the Western District of Oklahoma and elsewhere,

------------------------ JAMES DANDRIDGE,------------------------

the defendant herein, did knowingly and willfully and with interdependence combine, conspire, and agree with others to commit

an offense against the United States, to wit: being a public official, he directly and indirectly did corruptly conspire and agree with others to demand, seek, receive, accept, and agree to receive and accept a thing of value personally and for other persons and entities, in return for being influenced in the performance of an official act, and being influenced to do and omit to do any act in violation of official duties, in violation of Title 18, United States Code, Section 201(b)(A) & (C).

### Object of the Conspiracy

4.  It was the object of the conspiracy for **DANDRIDGE** and his co-conspirators, many of whom were also public officials, including other members of the United States Army and United States Army Reserves, to enrich themselves by obtaining money from persons they believed to be narcotics traffickers ("the narcotics traffickers"), but who were in fact Special Agents of the FBI, in return for the defendant and his co-conspirators using their official positions to assist, protect, and participate in the activities of an illegal narcotics trafficking organization ("Organization") engaged in the business of transporting and distributing cocaine from Wichita County, Texas, to locations in Oklahoma City, Oklahoma.

### Manner and Means of the Conspiracy

5.  It was part of the conspiracy that **DANDRIDGE** and other public officials agreed to accept money from the Organization

in return for using their official positions to protect shipments of cocaine, using their official uniforms and official forms of identification, and using their color of authority during such shipments, if necessary, to prevent police stops, searches, and seizures of the narcotics.

6. It was further part of the conspiracy that between approximately December 18, 2003, and continuing through March 30, 2004, **DANDRIDGE** corruptly demanded and received from the Organization approximately $4,000.00 in cash payments in return for **DANDRIDGE**'s official acts and violations of duty conduct referred to in paragraph five.

### Overt Acts

7. In furtherance of the conspiracy and to accomplish the object thereof, the defendant and others committed the following overt acts, among others, in the Western District of Oklahoma and elsewhere: On or about January 14, 2004, **DANDRIDGE** and other public officials transported a total of 40 kilograms of cocaine for the Organization from Wichita County, Texas, to Oklahoma City, Oklahoma. In order to protect the cocaine from police stops, searches, and seizures, some of the public officials wore their official uniforms and carried their official forms of identification. Thereafter, **DANDRIDGE** accepted $4,000.00 in cash

from the narcotics traffickers in return for using his official position to facilitate the activities of the Organization.

All in violation of Title 18, United States Code, Section 371.

JOHN C. RICHTER
United States Attorney

*[signature]*

DAVID L. WALLING
SCOTT E. WILLIAMS
Assistant U.S. Attorneys

ATTEST: A true copy of the original
Robert D. Dennis, Clerk
By *[signature]*
Deputy

- 4 -

AO 254B (REV. 12/03) Judgment in a Criminal Case
Sheet 1

**FILED**

# United States District Court
## Western District Of Oklahoma

JAN 17 2007

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

**JAMES DANDRIDGE**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: CR-06-00188-001-L

USM Number: 08908-064

Ed Geary, Jr.
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to a <u>one-count Information on September 27, 2006</u>.
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit offense to defraud the United States | March 30, 2004 | One |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is further ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of material changes in economic circumstances.

January 12, 2007
Date of Imposition of Judgment

*/s/ Tim Leonard*
Signature of Judge

TIM LEONARD, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

1-17-07
Date Signed

AO 245B (Rev. 12/03) Judgement in a Criminal Case:
Sheet 2 - Imprisonment

Judgment— Page 2 of 6

DEFENDANT: James Dandridge
CASE NUMBER: CR-06-00188-001-L

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 months.

☒ The court makes the following recommendations to the Bureau of Prisons:

   That the defendant be incarcerated at a facility as close to the Chicago area as possible, if eligible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
   ☐ by 12:00 noon on _____.
   ☐ as notified by the United States marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☒ by 12:00 noon on Monday, February 26, 2007.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

_____
United States Marshal

By _____
   Deputy Marshal

AO 245B (Rev. 12/03) Judgment in a Criminal Case:
Sheet 3 - Supervised Release

Judgment— Page 3 of 6

DEFENDANT: James Dandridge
CASE NUMBER: CR-06-00188-001-L

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 2 years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03) Judgment in a Criminal Case;
Sheet 3A — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT: James Dandridge
CASE NUMBER: CR-06-00188-001-L

## ADDITIONAL SUPERVISED RELEASE TERMS

[X] The defendant shall participate in a program of substance abuse aftercare at the direction of the probation officer. The defendant shall totally abstain from the use of alcohol or any other intoxicants both during and after completion of any treatment program. The defendant may be required to contribute to the cost of services rendered (co-payment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[X] The defendant shall complete 104 hours of community service during the first year of supervised release at the direction of the probation officer.

AO 245B (Rev. 12/03) Judgment in a Criminal Case:
    Sheet 5 — Criminal Monetary Penalties

Judgment—Page __5__ of __6__

DEFENDANT: James Dandridge
CASE NUMBER: CR-06-00188-001-L

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS:** | $100.00 | $-0- | $-0- |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $_____ | $_____ | |

☐ Restitution amount ordered pursuant to plea agreement $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

   ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page __6__ of __6__

DEFENDANT: James Dandridge
CASE NUMBER: CR-06-00188-001-L

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☒ Lump sum payment of $100.00 due immediately, balance due
    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐ Special instructions regarding the payment of criminal monetary penalties:

If restitution is not paid in full at the time of release from confinement, the defendant shall make payments the greater of $ per month or not less than 10% of the defendant's gross monthly income as directed by the probation officer. Payments are to commence not later than 30 days after release from confinement. Payments shall be forwarded to the U.S. Court Clerk for distribution to the victim(s).

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

ATTEST: A true copy of the original
Robert D. Dennis, Clerk
By _____
Deputy

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.